IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 11-420 |
| | : | |
| ALI CHARAF DAMACHE, | : | |
| a/k/a "Theblackflag" | : | |
| MOHAMMAD HASSAN KHALID, | : | |
| a/k/a "Abdul Ba'aree 'Abd | : | FILED |
| Al-Rahman Al-Hassan | : | |
| Al-Afghani Al-Junoobi | : | MAR 05 2013 |
| W'at-Emiratee" | : | |

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 1st day of _March_ 2013, it is hereby ORDERED that the Clerk of Court shall issue to Assistant United States Attorney Jennifer Arbittier Williams an Arrest Warrant commanding the arrest of Ali Charaf Damache, aka "Theblackflag," on the "Superseding Indictment" in this case, which was filed on October 20, 2011.

BY THE COURT:

_Petrese B Tucker_
HONORABLE PETRESE B. TUCKER
*Judge, United States District Court*

-1-

